AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America )<br>v. )<br>J&F Investimentos SA )<br>)<br>_____ )<br>*Defendant* | Case No.  20-CR-365 (MKB) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/14/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ben O'Neil
*Printed name of defendant's attorney*

S/Margo K. Brodie
_____
*Judge's signature*

Hon. Margo K. Brodie, U.S. District Judge
*Judge's printed name and title*